**Mark GOETTE, Marsha Goette and Lois Moody, Plaintiffs–Appellants,**

v.

**MASP, INC., and Richard Arver Stranger, Defendants–Respondents.**

No. 68316.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 26, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 30, 1996.

Application to Transfer Denied
June 25, 1996.

Anthony L. Anderson, Clayton, for appellants.

Sam P. Rynearson, Susan M. Moore, St. Louis, for respondents.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Plaintiffs appeal the circuit court's denial of their motion nunc pro tunc and their motion for Rehearing or to Alter or Amend Judgment. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).